

89 P.3d 533

# SUPREME COURT OF HAWAIʻI

## May 12, 2004

| 23445 | State v. Miller | Vacated |

## May 14, 2004

| 25721 | Jhun v. State | Affirmed |

## May 17, 2004

| 23824 | State v. Bowman | Affirmed |

## May 18, 2004

| 24295 | Miyata v. Nakamura | Affirmed |
| 23545 | Whitby v. State; State v. Whitby | Affirmed |

## May 19, 2004

| 23966 | Ajifu v. State, Dept. of Accounting and General Services | Affirmed |